
**FILED**
3/15/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE CHANG
MAGISTRATE JUDGE COLE

SMB **19CR889**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUPERSEDING INFORMATION** |
| v. | No. 19 CR 889-2 |
| TOWANDA FLOWERS | Violation: Title 21, United States Code, Section 846 |

The ACTING UNITED STATES ATTORNEY charges:

On or about November 21, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

TOWANDA FLOWERS,

defendant herein, did conspire with William Harper, and with others known and unknown, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2023.03.13 15:28:18 -05'00'

Signed by Erika Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY